UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

--------------------------------------------------------------- x
ONY, INC.,

          Plaintiff,

    - against -

CORNERSTONE THERAPEUTICS, INC., CHIESI
FARMACEUTICI S.p.A., NATURE AMERICA,
INC., d/b/a NATURE PUBLISHING GROUP,
EDWARD E. LAWSON, M.D., AMERICAN
ACADEMY OF PEDIATRICS, PREMIER, INC.
d/b/a PREMIER RESEARCH SERVICES,
RANGASAMY RAMANATHAN, M.D.,
JATINDER J. BHATIA, M.D., KRISHNAMURTHY
C. SEKAR, M.D. and FRAND R. ERNST, Pharm.D.,

          Defendants.
--------------------------------------------------------------- x

Case No. 11-cv-1027 (WMS)

ECF Case

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 17, 2012, I electronically filed each of the: (i) NOTICE OF APPEARANCE, by Robert D. Balin on behalf of Defendants Nature America, Inc. ("Nature America") and Edward E. Lawson, M.D. (together, the "Media Defendants") (Dkt. No. 26); (ii) NATURE AMERICA'S RULE 7.1 STATEMENT (Dkt. No. 27); (iii) NOTICE OF MOTION TO DISMISS COMPLAINT by the Media Defendants (Dkt. No. 28); MEMORANDUM OF LAW IN SUPPORT OF MEDIA DEFENDANTS' MOTION TO DISMISS THE COMPLAINT (Dkt. No. 29); DECLARATION OF ROBERT D. BALIN IN SUPPORT OF MEDIA DEFENDANTS' MOTION TO DISMISS COMPLAINT, and exhibits thereto (Dkt. No. 30); and MEDIA DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY (Dkt. No. 31), with the Clerk of the Court using the CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

Mitchell J. Banas, Jr.
JAECKLE FLEISCHMANN &MUGEL, LLP
Avant Building, Suite 900
200 Delaware Avenue
Buffalo, NY 14202−2107
*Counsel for Plaintiff ONY, Inc.*

J. Kevin Fee
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
*Counsel for Defendants Cornerstone Therapeutics, Inc., Chiesi Farmaceutici S.p.A., Rangasamy Ramanthan, M.D., Jatinder J. Bhatia, M.D., and Krishnamurthy C. Sekar, M.D.*

Lauren Erica Handel
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10017-4613
*Counsel for Defendants Premier, Inc. and Frank R. Ernst*

Elisabeth Carey-Davis
SCHIFF HARDIN LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
*Counsel for Defendant American Academy of Pediatrics*

By:   s/ Robert D. Balin