UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
ONY, INC.,

                Plaintiff,

          - against -

CORNERSTONE THERAPEUTICS, INC., CHIESI
FARMACEUTICI S.p.A., NATURE AMERICA,
INC., d/b/a NATURE PUBLISHING GROUP,
EDWARD E. LAWSON, M.D., AMERICAN
ACADEMY OF PEDIATRICS, PREMIER, INC.
d/b/a PREMIER RESEARCH SERVICES,
RANGASAMY RAMANATHAN, M.D.,
JATINDER J. BHATIA, M.D., KRISHNAMURTHY
C. SEKAR, M.D. and FRAND R. ERNST, Pharm.D.,

                Defendants.
------------------------------------------------------------------ x

Case No. 11-cv-1027 (WMS)

ECF Case

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 17, 2012, I electronically filed the NOTICE OF APPEARANCE, by Victor Hendrickson on behalf of Defendants Nature America, Inc. and Edward E. Lawson, M.D. (Dkt. No. 32) with the Clerk of the Court using the CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

    Mitchell J. Banas, Jr.
    JAECKLE FLEISCHMANN &MUGEL, LLP
    Avant Building, Suite 900
    200 Delaware Avenue
    Buffalo, NY 14202−2107
    *Counsel for Plaintiff ONY, Inc.*

    J. Kevin Fee
    MORGAN, LEWIS & BOCKIUS LLP
    1111 Pennsylvania Avenue, NW
    Washington, DC 20004
    *Counsel for Defendants Cornerstone Therapeutics, Inc., Chiesi Farmaceutici*
    *S.p.A., Rangasamy Ramanthan, M.D., Jatinder J. Bhatia, M.D., and*
    *Krishnamurthy C. Sekar, M.D.*

Lauren Erica Handel
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10017-4613
*Counsel for Defendants Premier, Inc. and Frank R. Ernst*

Elisabeth Carey-Davis
SCHIFF HARDIN LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
*Counsel for Defendant American Academy of Pediatrics*

          By:  s/ Victor Day Hendrickson