**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**ONY, INC.,**

                  **Plaintiff,**

  - vs -

**CORNERSTONE THERAPEUTICS, INC.,**
**CHIESI FARMACEUTICI S.p.A.,**
**NATURE AMERICA, INC.**
  **d/b/a Nature Publishing Group,**
**EDWARD E. LAWSON, M.D.,**
**AMERICAN ACADEMY OF PEDIATRICS,**
**PREMIER, INC.**
  **d/b/a Premier Research Services,**
**RANGASAMY RAMANATHAN, M.D.,**
**JATINDER J. BHATIA, M.D.,**
**KRISHNAMURTHY C. SEKAR, M.D. and**
**FRANK R. ERNST, Pharm.D.,**

                  **Defendants.**

**CERTIFICATE OF SERVICE**

**Civil Action No. 11-cv-1027-WMS**

---

      I, MITCHELL J. BANAS, JR., hereby certify that on January 30, 2012 I electronically filed the accompanying (1) Reply Memorandum of Law in Support of Plaintiff's Motion for Expedited Discovery and (2) Declaration of Edmund A. Egan, M.D. with the Clerk of the United States District Court for the Western District of New York using the CM/ECF system, which sent notification of such filing to the following CM/ECF registrants:

| | |
|---|---|
| J. Kevin Fee, Esq.<br>MORGAN, LEWIS & BOCKIUS LLP<br>*Attorneys for Defendants*<br>*Cornerstone Therapeutics, Inc.,*<br>*Chiesi Farmaceutici S.p.A.,*<br>*Rangasamy Ramanathan, M.D.*<br>*Jatinder J. Bhatia, M.D., and*<br>*Krishnamurthy C. Sekar, M.D.*<br>1111 Pennsylvania Avenue, NW<br>Washington, DC  20004<br>(202) 739-5353<br>jkfee@morganlewis.com | Lauren E. Handel, Esq.<br>MCDERMOTT WILL & EMERY LLP<br>*Attorneys for Defendants Premier, Inc.*<br>*and Frank R. Ernst, Pharm.D.*<br>340 Madison Avenue<br>New York, New York   10017-4613<br>(212) 547-5631<br>lhandel@mwe.com |

| | |
|---|---|
| Robert D. Balin, Esq.<br>Victor Day Hendrickson, Esq.<br>DAVIS WRIGHT TREMAINE LLP<br>*Attorneys for Defendants*<br>*Nature America, Inc. and*<br>*Edward E. Lawson, M.D.*<br>1633 Broadway, 27th Floor<br>New York, New York   10019<br>(212) 489-8230<br>robbalin@dwt.com<br>victorhendrickson@dwt.com | Matthew C. Crowl, Esq.<br>Elisabeth Carey-Davis, Esq.<br>SCHIFF HARDIN LLP<br>*Attorneys for Defendant*<br>*American Academy of Pediatrics*<br>233 South Wacker Drive<br>Chicago, Illinois   60606<br>(312) 258.5500<br>mcrowl@schiffhardin.com<br>lcarey@schiffhardin.com |

Donall Gerard O'Carroll, Esq.
Nelson Perel, Esq.
WEBSTER SZANYI, LLP
*Attorneys for Defendants*
*Nature America, Inc. and*
*Edward E. Lawson, M.D.*
1400 Liberty Building
Buffalo, New York  14202
(716) 842-2800
docarroll@websterszanyi.com
nperel@websterszanyi.com

**JAECKLE FLEISCHMANN & MUGEL, LLP**

By:   /s/ Mitchell J. Banas, Jr.
         Mitchell J. Banas. Jr.
*Attorneys for Plaintiff ONY, Inc.*
Avant Building, Suite 900
200 Delaware Avenue
Buffalo, New York  14202-2292
(716) 856-0600
mbanas@jaeckle.com

1048070

2