UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**ONY, INC.,**

            **Plaintiff,**

- vs -

**CORNERSTONE THERAPEUTICS, INC.,
CHIESI FARMACEUTICI S.p.A.,
NATURE AMERICA, INC.,**
  d/b/a Nature Publishing Group,
**EDWARD E. LAWSON, M.D.,
AMERICAN ACADEMY OF PEDIATRICS,
PREMIER, INC.,** d/b/a Premier Research Services,
**RANGASAMY RAMANATHAN, M.D.,
JATINDER J. BHATIA, M.D.,
FRANK R. ERNST, Pharm.D. and
KRISHNAMURTHY C. SEKAR, M.D.,**

            **Defendants.**

**<u>CERTIFICATE OF SERVICE</u>**

**Case No. 1:11-cv-01027-WMS**

---

      I, MITCHELL J. BANAS, JR., hereby certify that on February 16, 2012 I electronically filed the accompanying Declaration of Mitchell J. Banas, Jr., Esq. dated February 16, 2012 with the Clerk of the United States District Court for the Western District of New York using the CM/ECF system, which sent notification of such filing to the following CM/ECF registrants:

| | |
|---|---|
| J. Kevin Fee, Esq.<br>MORGAN, LEWIS & BOCKIUS LLP<br>*Attorneys for Defendants*<br>*Cornerstone Therapeutics, Inc.,*<br>*Chiesi Farmaceutici S.p.A., Rangasamy*<br>*Ramanathan, M.D. Jatinder J. Bhatia, M.D.,*<br>*and Krishnamurthy C. Sekar, M.D.*<br>1111 Pennsylvania Avenue, NW<br>Washington, DC  20004<br>(202) 739-5353<br>jkfee@morganlewis.com | Lauren E. Handel, Esq.<br>MCDERMOTT WILL & EMERY LLP<br>*Attorneys for Defendants Premier, Inc.*<br>*and Frank R. Ernst, Pharm.D.*<br>340 Madison Avenue<br>New York, New York   10017-4613<br>(212) 547-5631<br>lhandel@mwe.com |

Robert D. Balin, Esq.
Victor Day Hendrickson, Esq.
DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendants*
*Nature America, Inc. and*
*Edward E. Lawson, M.D.*
1633 Broadway, 27th Floor
New York, New York   10019
(212) 489-8230
robbalin@dwt.com
victorhendrickson@dwt.com

Donall Gerard O'Carroll, Esq.
Nelson Perel, Esq.
WEBSTER SZANYI, LLP
*Attorneys for Defendants*
*Nature America, Inc. and*
*Edward E. Lawson, M.D.*
1400 Liberty Building
Buffalo, New York  14202
(716) 842-2800
docarroll@websterszanyi.com
nperel@websterszanyi.com

Matthew C. Crowl, Esq.
Elisabeth Carey-Davis, Esq.
SCHIFF HARDIN LLP
*Attorneys for Defendant*
*American Academy of Pediatrics*
233 South Wacker Drive
Chicago, Illinois   60606
(312) 258.5500
mcrowl@schiffhardin.com
lcarey@schiffhardin.com

**JAECKLE FLEISCHMANN & MUGEL, LLP**

By:   /s/ Mitchell J. Banas, Jr.
       Mitchell J. Banas. Jr.
*Attorneys for Plaintiff ONY, Inc.*
Avant Building, Suite 900
200 Delaware Avenue
Buffalo, New York  14202
(716) 856-0600
mbanas@jaeckle.com

1052321