UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
ONY, INC.,
              Plaintiff,

        - against -                                    Case No. 11-cv-1027 (WMS)

CORNERSTONE THERAPEUTICS, INC., CHIESI       ECF Case
FARMACEUTICI S.p.A., NATURE AMERICA,
INC., d/b/a NATURE PUBLISHING GROUP,       **CERTIFICATE OF SERVICE**
EDWARD E. LAWSON, M.D., AMERICAN
ACADEMY OF PEDIATRICS, PREMIER, INC.
d/b/a PREMIER RESEARCH SERVICES,
RANGASAMY RAMANATHAN, M.D.,
JATINDER J. BHATIA, M.D., KRISHNAMURTHY
C. SEKAR, M.D. and FRAND R. ERNST, Pharm.D.,

              Defendants.
------------------------------------------------------------------ x

       I hereby certify that on February 24, 2012, I electronically filed the MEDIA DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR LEAVE TO AMEND THE COMPLAINT with the Clerk of the Court using the CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

    Mitchell J. Banas, Jr.
    JAECKLE FLEISCHMANN & MUGEL, LLP
    Avant Building, Suite 900
    200 Delaware Avenue
    Buffalo, NY 14202−2107
    *Counsel for Plaintiff ONY, Inc.*

    J. Kevin Fee
    MORGAN, LEWIS & BOCKIUS LLP
    1111 Pennsylvania Avenue, NW
    Washington, DC 20004
    *Counsel for Defendants Cornerstone Therapeutics, Inc., Chiesi Farmaceutici*
    *S.p.A., Rangasamy Ramanthan, M.D., Jatinder J. Bhatia, M.D., and*
    *Krishnamurthy C. Sekar, M.D.*

Lauren Erica Handel
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10017-4613
*Counsel for Defendants Premier, Inc. and Frank R. Ernst*

Elisabeth Carey-Davis
SCHIFF HARDIN LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
*Counsel for Defendant American Academy of Pediatrics*

                          By:   s/ Robert D. Balin