AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ony, Inc. | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 1:11-CV-1027 |
| v. | |
| Cornerstone Therapeutics, Inc., et al | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants' Motions to Dismiss are granted and the Complaint is dismissed. Further, Plaintiff's Motion for Leave to Amend the Complaint is denied. Further, Plaintiff's Motion for Expedited Discovery and Defendants' Motion to Strike are denied as moot and this case is closed.

Date: May 21, 2012                                    MICHAEL J. ROEMER, CLERK

                                                    By:   s/Deborah M. Zeeb
                                                            Deputy Clerk